1  Cyrus Safa
   Attorney at Law: 282971
2  12631 East Imperial Highway, Suite C-115
   Santa Fe Springs, CA 90670
3  Tel: (562)868-5886
   Fax: (562)868-5491
4  E-Mail: rohlfing.office@rohlfinglaw.com

5  Attorneys for Plaintiff
   LAURA JEAN SEWELL

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11

   LAURA JEAN SEWELL              )  Case No.: 2:12-cv-03036-CKD
12                                )
            Plaintiff,            )
13  v.                           )  ORDER EXTENDING BRIEFING
                                 )  SCHEDULE
14  CAROLYN W. COLVIN,[1]  Acting )
    Commissioner of Social Security. )
15                                )
            Defendant.            )
16                                )
   _____ )
17

18       Based upon the stipulation of the parties, and for cause shown,

19       IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to

20  and include May 31, 2013, in which to file Plaintiff's motion for summary

21  judgment and/or remand.  Defendant's opposition shall be filed on or before June

22

23  _____

24  [1] Carolyn W. Colvin became the Acting  Commissioner of Social Security on
    February 14, 2013. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil
    Procedure, Carolyn W. Colvin should be substituted, therefore, for Commissioner
25  Michael J. Astrue as Defendant in this suit. No further action need be taken to
    continue this suit by reason of the last sentence of section 205(g) of the Social
26  Security Act, 42 U.S.C. § 405(g). For simplicity, Plaintiff will refer to the Acting
    Commissioner as the Commissioner.

                                   -1-

1   30, 2013.  Plaintiff's reply brief, if any, shall be filed on or before July 21, 2013.

2   IT IS SO ORDERED.

3   Dated:  May 21, 2013

4   _____
    CAROLYN K. DELANEY
5   UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26